IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ANDRE DUHREAL FLAGG-EL,     )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )       1:22cv266-MHT
                            )            (WO)
ROY CAINE, et al.,          )
                            )
     Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about being subjected to excessive force and denied his due-process rights in the disciplinary process while an inmate at the Houston County Jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute or obey a court order.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2022.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**