IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANDRE DUHREAL FLAGG-EL,    )<br>                             )<br>   Plaintiff,              )<br>                             )     CIVIL ACTION NO.<br>   v.                        )       1:22cv266-MHT<br>                             )            (WO)<br>ROY CAINE, et al.,          )<br>                             )<br>   Defendants.              ) | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 13) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute or obey a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of November, 2022.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**